JOHN L. BURRIS, Esq./ State Bar # 69888
LAW OFFICES OF JOHN L. BURRIS
7677 Oakport Street, Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882

GAYLA B. LIBET, Esq./ State Bar # 109173
LAW OFFICES OF GAYLA B. LIBET
486 41st Street, # 3
Oakland, CA 94609
Telephone and Facsimile: (510) 420-0324

Attorneys for Plaintiffs



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

C08-02966

| | |
|---|---|
| YIN LING LEE and LILY SEID, | Action No. |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND, in his capacity as Chief of Police for CITY OF EL CERRITO; and, DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY OF EL CERRITO, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

LAW OFFICES OF GAYLA B. LIBET

Dated: 6-13-08    By: *Gayla B. Libet*
                      GAYLA B. LIBET, Esq.
                      Attorneys for Plaintiffs

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                                    1