AO 440 (Rev. 10/93) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

YIN LING LEE and LILY SEID,

                      Plaintiffs,         **SUMMONS IN A CIVIL CASE**

                                                    CASE NUMBER:
        V.

CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND,    **C08-02966**
in his capacity as Chief of Police for CITY OF EL CERRITO;
and, DOES 1-25, inclusive, individually, and in their
capacity as police officers for CITY OF EL CERRITO,

                      Defendants.

**TO:**
CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND, in his capacity as
Chief of Police for CITY OF EL CERRITO; and, DOES 1-25, inclusive, individually,
and in their capacity as police officers for CITY OF EL CERRITO,

                    Defendants

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

| | |
|---|---|
| JOHN L. BURRIS, Esq./SB# 69888 | GAYLA B. LIBET, Esq./SB# 109173 |
| LAW OFFICES OF JOHN L. BURRIS | LAW OFFICES OF GAYLA B. LIBET |
| 7677 Oakport Street, Suite 1120 | 486 41st Street, Suite 3 |
| Oakland, CA 94621 | Oakland, CA 94609 |
| (510) 839-5200 | (510) 420-0324 |

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                      JUN 1 6 2008

CLERK                                                                      DATE

        CYNTHIA LENAHAN

(BY) DEPUTY CLERK

                                                                                                          NDCAO440

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                       Signature of Server

                                        _____
                                        Address of Server

---

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.