1  JOHN L. BURRIS, ESQ. SBN #69888
   LAW OFFICES OF JOHN L. BURRIS
2  Airport Corporate Centre
3  7677 Oakport St., Suite 1120
   Oakland, CA 94621
4  (510) 839-5200
   (510) 839-3882 *fax*
5

6  GAYLA B. LIBET, ESQ. SBN 109173
   LAW OFFICE OF GAYLA B. LIBET
7  486 – 41st Street, #3
   Oakland, CA 94609
8

9  Attorneys for Plaintiff

10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

14  YIN LING LEE & LILI SEID         )   Case No.: C08-02966 SI
                                     )
15           Plaintiffs,             )   SUMMONS RETURNED EXECUTED
         v.                          )   SERVED: Office of the City Clerk
16                                   )   for the City of El Cerrito
    CITY OF EL CERRITO, et al.,      )
17                                   )
                                     )
18           Defendants.             )   PROOF OF SERVICE
                                     )
19  _____

20

21

22

23

24

25

26

27

28

C08 - 02966 SI

AO 440 (Rev. 10/93) - Summons in a Civil Action — Yin L. Lee and Lily Seid v. City of El Cerrito

## RETURN OF SERVICE

City of El Cerrito

Service of the Summons and Complaint was made by me¹
DATE: June 20, 2008

Name of SERVER (PRINT): Joyce Bratton
TITLE: Process Server

Check one box below to indicate appropriate method of service

[✓] Served Personally upon the Defendant. Place where served: City of El Cerrito, City Clerks Office, 10940 San Pablo Ave, El Cerrito, CA 94530

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | $40 | $40 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 20, 2008
Signature of Server: Joyce Bratton #1026
Address of Server: 842 16th St, Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.