```
 1  JOHN L. BURRIS, ESQ. SBN #69888
    LAW OFFICES OF JOHN L. BURRIS
 2  Airport Corporate Centre
 3  7677 Oakport St., Suite 1120
    Oakland, CA 94621
 4  (510) 839-5200
    (510) 839-3882 fax
 5

 6  GAYLA B. LIBET, ESQ. SBN 109173
    LAW OFFICE OF GAYLA B. LIBET
 7  486 – 41st Street, #3
    Oakland, CA 94609
 8

 9  Attorneys for Plaintiff
10
11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13
14  YIN LING LEE & LILI SEID          )   Case No.: C08-02966 SI
                                      )
15           Plaintiffs,              )   SUMMONS RETURNED EXECUTED
         v.                           )   SERVED: Scott Kirkland, Chief of Police
16                                    )   for the City of El Cerrito
    CITY OF EL CERRITO, et al.,       )
17                                    )
             Defendants.              )   PROOF OF SERVICE
18  _____    )
19
20
```

C 08 - 02966 SI

O 440 (Rev. 10/93) Summons in a Civil Action  Yin L. Lee and Lily Seid v. City of El Cerrito

## RETURN OF SERVICE  Chief Scott Kirkland

Service of the Summons and Complaint was made by me<sup>1</sup>

DATE: June 20, 2008

Name of SERVER (PRINT): Joyce Bratton

TITLE: Process Server

Check one box below to indicate appropriate method of service

- [ ] Served Personally upon the Defendant. Place where served: _____

- [X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: Cheryl M. Dew, Secretary to Police Chief Scott Kirkland

- [ ] Returned unexecuted:

- [ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        | $40      | $40   |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 20, 2008

Signature of Server: Joyce Bratton #1026

Address of Server: 842 46th St, Oakland, CA 94608

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.