1  **JOHN L. BURRIS, Esq./ State Bar # 69888**
   **LAW OFFICES OF JOHN L. BURRIS**
2  **7677 Oakport Street, Suite 1120**
3  **Oakland, CA 94621**
   **Telephone: (510) 839-5200**
4  **Facsimile:  (510) 839-3882**

5  **GAYLA B. LIBET, Esq./ State Bar # 109173**
6  **LAW OFFICES OF GAYLA B. LIBET**
   **486  41st Street, # 3**
7  **Oakland, CA 94609**
   **Telephone and Facsimile:  (510) 420-0324**
8
9  **Attorneys for Plaintiffs**

10 **JAMES V. FITZGERALD, III, Esq./ State Bar # 55632**
   **NOAH G. BLECHMAN, Esq. / State Bar # 197167**
11 **McNAMARA, DODGE, NEY, SLATTERY,**
12 **PFALZER, BORGES & BROTHERS LLP**
   **1211 Newell Avenue**
13 **P.O. Box 5288**
   **Walnut Creek, CA 94596**
14 **Telephone: (925) 939-5330**
15 **Facsimile:  (925) 939-0203/ (925) 930-5678**

16 **Attorneys for Defendants**

17                  **UNITED STATES DISTRICT COURT**

18                 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19 **YIN LING LEE and LILY SEID,** | **Action No.  C-08-02966-SI** |
| 20     **Plaintiffs,** | **STIPULATION AND ORDER TO** |
| 21        **vs.** | **CONTINUE  CASE MANAGEMENT CONFERENCE** |
| 22 **CITY OF EL CERRITO, a municipal** | |
| 23 **corporation; SCOTT KIRKLAND, in his** | |
| **capacity as Chief of Police for CITY OF EL** | |
| 24 **CERRITO; and, DOES 1-25, inclusive,** | |
| **individually, and in their capacity as police** | |
| 25 **officers for CITY OF EL CERRITO,** | |
| 26     **Defendants.** | |
| 27 | |

28

**STIPULATION**

   All parties to this action stipulate and agree, by and through their respective counsel, as follows:

   1.  So that Mr. Burris can appear as lead counsel for plaintiffs, and indicate availablity for setting dates for trial, pretrial conference, etc., the parties request that this Court continue the Case Management Conference presently scheduled for <u>October 3, 2008 at 2:00 p.m.</u> to <u>October 31, 2008</u>.


LAW OFFICES OF GAYLA B. LIBET


Dated: October 2, 2008          By: <u>/s/ Gayla B. Libet                        </u>
                                      GAYLA B. LIBET, Esq.
                                      Attorneys for Plaintiffs


LAW OFFICES OF JOHN L. BURRIS


Dated: October 2, 2008          By: <u>/s/ John L. Burris                        </u>
                                      JOHN L. BURRIS, Esq.
                                      Attorneys for Plaintiffs


**McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP**


**Dated: October 2, 2008          By: <u>/s/ Noah G. Blechman                   </u>**
                                      **NOAH G. BLECHMAN, Esq.**
                                      **Attorneys for Defendants**


STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE                2

C 08-02966 SI

1

**ORDER**

2

3     PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5

6

7   Dated:_____        _____

8                                        HONORABLE SUSAN ILLSTON
                                         United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28