```
1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
    PFALZER, BORGES & BROTHERS LLP
3   1211 Newell Avenue
    Post Office Box 5288
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendants
    City of El Cerrito and Scott Kirkland
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| YIN LING LEE and LILY SEID, | Case No. C08-02966 SI |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE, PER FRCP 41(A)(1)** |
| vs. | |
| CITY OF EL CERRITO, a municipal corporation; SCOTT KIRKLAND, in his capacity as Chief of Police for CITY OF EL CERRITO; and, DOES 1-25, inclusive, individually, and in their capacity as police officers for CITY OF EL CERRITO, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), this entire action, against all Defendants, is hereby dismissed in its entirety, with prejudice, and each party to bear their own fees and costs with regard to this dismissal.

IT IS SO STIPULATED.

/ / /

STIPULATION AND ORDER DISMISSING
ENTIRE ACTION– C08-02966 SI

| | | |
|---|---|---|
| 1 | Dated: February 22, 2009 | LAW OFFICES OF JOHN L. BURRIS |
| 2 | | |
| 3 | | By: /s/ John Burris |
| 4 | | John Burris, Esq.<br>Gayla Libet, Esq.<br>Attorneys for Plaintiffs |
| 5 | | YIN LING LEE and LILY SEID |

Dated: February 24, 2009

McNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: /s/
James V. Fitzgerald, III, Esq.
Noah G. Blechman, Esq.
Attorneys for Defendants
City of El Cerrito and Scott Kirkland

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. THIS MATTER IS HEREBY DISMISSED, IN ITS ENTIRETY, WITH PREJUDICE. ANY AND ALL DATES CALENDARED IN THIS MATTER ARE HEREBY VACATED.

Dated: _____, 2009

/s/ Susan Illston
Hon. Susan Illston
United States District Court Judge

STIPULATION AND ORDER DISMISSING ENTIRE ACTION– C08-02966 SI                 2